UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Chapter 13
                                                                                Case No.:
     CLARK ALIX FORTUNAT,
                                                                                **CHAPTER 13 PLAN**
                              Debtor.
------------------------------------------------------------X

1.    The future earnings of the debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee for a total period of 60 months, the sum of **$27,400.00.**

> ❖ **$450.00** commencing **MARCH 2007** through and including **FEBRUARY 2012** for a period of SIXTY (60) months;

2.    From the payments so received, the Trustee shall make disbursements, as follows:

    (a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    **Attorney fees to Ronald D. Weiss of $2,000.00 due under the Chapter 13 Plan.**
    **Internal Revenue Service to be paid $600.00 under the Chapter 13 Plan.**

    (b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**COUNTRYWIDE HOME LOANS** to be paid pre-petition arrears in the sum of **$20,000.00** over the life of the plan.

**TRIAD FINANCIAL CORPORATION** to be paid in full on all arrears with the surrender of their collateral, the 2000 Nissan Maxima.

    (c)    Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **DISTRIBUTION to all timely filed proofs of claim of not less than 100% (percent).**

3.    All lease agreements are hereby assumed, unless specifically rejected as follows:

    NONE

Title to the Debtor(s) property shall revest in the Debtor upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the Debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 Trustee of the Court.

X_____
CLARK ALIX FORTUNAT

Dated: 2/9/07

_____
Ronald D. Weiss, Attorney for the Debtor

N:\WPDocs\Fortunat, Clark Alix\CHAPTER 13 PLANshort.doc
em