UNITED STATES BANKRUPTCY COURT    rw4419
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                  Chapter 13
                                                                             Case No.: 07-40684
CLARK ALIX FORTUNAT,

Debtor.
-----------------------------------------------------------X

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

I, CLARK ALIX FORTUNAT,, state as follows:

*Check the box(es) and complete the sections that apply to you.*

  ☒  I have not been required by a judicial or administrative order, or by statute, to pay alimony, maintenance, support or any other domestic support obligation as defined by section 101(14A) of the Bankruptcy Code, since the filing of this case, and no such obligations were due on or before the petition in this case was filed; or

  ☐  I have paid all domestic support obligations required by a judicial or administrative order, or by statute, that were due before the date of this certification, except any amounts that were due before the petition in this case was filed to extent provided for by my Chapter 12 or 13 Plan, or not required to be paid under section 1222(a) or 1322(a) of the Bankruptcy Code.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct.

Date: June 7, 2007             /s/ Clark Alix Fortunat
                        (Signature of Debtor)

---

A separate form must be submitted by each debtor in a joint case.